UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HOWARD COHAN,

    Plaintiff,

v.                                    Case No: 2:14-cv-450-FtM-38CM

NAPLES HOTEL COMPANY and
THE GULFCOAST INN OF NAPLES
OWNERS ASSOCIATION, INC.,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Stipulation of Dismissal with Prejudice (Doc. #19) filed on February 3, 2015. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. Rule 41(a)(1)(A) reads, in pertinent part,

> [s]ubject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, the parties reached an amicable resolution of this matter and all parties have provided a signed stipulation that dismisses this matter with prejudice.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Accordingly, it is now

**ORDERED:**

Pursuant to Stipulation of Dismissal with Prejudice (Doc. #19) and Rule 41(a)(1)(A)(ii), the Complaint (Doc. #1) is **DISMISSED with prejudice**. The Clerk is directed to close the file, terminate any and all pending motions, and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of February, 2015.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record